IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUTH E. PARKER-CAREY,

Plaintiff,

-vs-

PROTESTANT MEMORIAL MEDICAL
CENTER, INC. d/b/a *Memorial Hospital*,

Defendant.                                              No. 12-cv-1093-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff's voluntary motion to dismiss with prejudice (Doc. 38). This Court entered a 60 day order on July 11, 2013, advising that the case had settled (Doc. 37). Responses to the 60 day order were due by September 12, 2013. The Court acknowledges plaintiff's dismissal and finds dismissal of this action with prejudice is proper. This case is dismissed with prejudice. The Clerk is instructed to close the file and enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 20th day of September, 2013.

David R. Herndon
2013.09.20
09:46:03 -05'00'

**Chief Judge
United States District Court**