UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**RUTH E. PARKER-CAREY**,

    Plaintiff,

v.

**PROTESTANT MEMORIAL MEDICAL CENTER, INC.**, *d/b/a Memorial Hospital*

    Defendant.                    No. 12-cv-1093-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court pursuant to the 60 Day Order entered July 11, 2013 (Doc. 37) and plaintiff's Motion to Dismiss (Doc. 38) filed on September 19, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on September 20, 2013 (Doc. 39), this case is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:    */s/Sara Jennings*
                                            **Deputy Clerk**

**Dated:** September 20, 2013

                      David R. Herndon
                      2013.09.20
                      09:48:20 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT